Joe MORGAN, Brenda Morgan, Jack
Pace, Ralph C. Ingram, Jr., individual-
ly and on behalf of the partnership
Cedar Grove, Ltd., and Gahagan Land
& Timber Co., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

Nos. 2007–5012 to 2007–5015.

United States Court of Appeals,
Federal Circuit.

Nov. 19, 2007.

William P. Crews, Jr., of Natchitoches,
LA, argued for plaintiffs-appellants.

Kathryn E. Kovacs, Trial Attorney, Ap-
pellate Section, Environment and Natural
Resources Division, United States Depart-
ment of Justice, of Washington, DC, ar-
gued for defendant-appellee. With her on
the brief were Matthew J. McKeown, Act-
ing Assistant Attorney General.

Before NEWMAN, Circuit Judge,
ARCHER, Senior Circuit Judge, and
LINN, Circuit Judge.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36

disclosures, or (2) reassign her to another position at the agency to "escape the impact her disclosures" have had on her career.